# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROGER BRADFORD,**
ADC #78948                                                                                    **PLAINTIFF**

V.                            5:12CV00077 JMM/JTK

**RAY HOBBS, Director, Arkansas**
Department of Correction                                                         **DEFENDANT**

## ORDER

A Partial Recommended Disposition ("Recommendation") from Magistrate Judge Jerome T. Kearney has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Petitioner's Motion for Default Judgment (Docket # 5) is DENIED.

IT IS SO ORDERED, this 8th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE