### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| ROGER BRADFORD, ) | |
| ADC # 78948 ) | |
|    Petitioner, ) | **Case No. 5:12-CV-00077 JMM-JTK** |
| ) | |
| v. ) | |
| ) | |
| RAY HOBBS, Director, Arkansas ) | |
| Department of Correction ) | |
|    Respondent. ) | |

### ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this petition with prejudice. All pending motions are denied as moot.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 16th day of October, 2012.

 

_____
James M. Moody
United States District Judge