# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| ROGER BRADFORD, <br> ADC # 78948 <br>    Petitioner, <br> <br> v. <br> <br> RAY HOBBS, Director, Arkansas <br> Department of Correction <br>    Respondent. | **Case No. 5:12-CV-00077 JMM-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 16th day of October, 2012.

_____
James M. Moody
United States District Judge